# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1347. PETTAWAY v. VILLA RICA HOUSING AUTHORITY.**

We granted Appellant Lakissa Pettaway's discretionary application to review the Order for an Immediate Writ of Possession issued by the Carroll County Superior Court on December 24, 2025.  After careful review of the entire record, we conclude that this discretionary application was improvidently granted, and it is ordered that this appeal be dismissed.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/20/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*